**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMAIN WILLIAMS | No. 2:01-cr-00512-GAW-4 |

**ORDER**

**AND NOW**, this 30th day of October, 2026, upon consideration of Defendant's Motion to Reduce Sentence (Dkt. No. 1217), the Government's Response in Opposition (Dkt. No. 1219), and Defendant's Reply (Dkt. No. 1220), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:



GAIL A. WEILHEIMER, J.